NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Steven R. Telles, Bar No. 246514
stelles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA NEAL, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>NATURALCARE, INC., a corporation; and DOES 1-25, Inclusive,<br><br>     Defendants. | Case No.:  EDCV 12-531 DOC (OPx)<br>Honorable David O. Carter<br>Department 9D<br><br>**DECLARATION OF ANDREW BASLOW IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>[*Filed and served concurrently with Motion for Class Certification, Declarations of Scott J. Ferrell, Dr. Lynn R. Willis, and Alisa Neal*]<br><br>Date:    August 6, 2012<br>Time:   8:30am<br>Crtrm:  9D |

I, Andrew Baslow, declare as follows:

1.    I am an investigator for Newport Trial Group, counsel for Plaintiff and the proposed Class in this action. I have personal knowledge of the facts herein and, if called as a witness, I could and would testify completely under oath thereto.

2.    On June 15, 2012 I visited a Vitamin Shoppe located at 9100 Tampa Avenue in Northridge, California; (2) on June 17, 2012 I visited a Mother's Market located at 1890 Newport Blvd. in Costa Mesa, California; (3) on June 18, 2012 I visited a Sprout's Farmers Market located at 225 East 17th Street in Costa Mesa, California; and (4) also on June 18, 2012, I visited a Whole Foods located at 2847 Park Avenue in Tustin, California. At all four locations I purchased Defendant's Ring Stop product.

3.    Attached hereto as Exhibit A are true and correct copies of the photos I took at the Vitamin Shoppe located at 9100 Tampa Avenue in Northridge, California.

4.    Attached hereto as Exhibit B are true and correct copies of the photos I took at the Mother's Market located at 1890 Newport Blvd. in Costa Mesa, California.

5.    Attached hereto as Exhibit C are true and correct copies of the photos I took at the Sprout's Farmers Market located at 225 East 17th Street in Costa Mesa, California.

6.    Attached hereto as Exhibit D are true and correct copies of the photos I took at the Whole Foods located at 2847 Park Avenue in Tustin, California.

7.    The foregoing photographs depict Defendant's Ring Stop product being sold at each location when I visited each store on June 15th, 17th, and 18th respectively, as well as the Ring Stop products I purchased from each store, and the receipts from each purchase.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on June *19*, 2012, in *Newport Beach*, California.

_____
Andrew Baslow

DECLARATION OF ANDREW BASLOW

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2012, I electronically filed the foregoing **DECLARATION OF ANDREW BALSOW IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

_/s/Scott J. Ferrell_____
Scott J. Ferrell